26 CV 72

Revised 03/06 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

UNITED STATES DISTRICT COURT
FILED
JAN 13 2026
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

## FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
### (Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**.  See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.    Full Name of Plaintiff: NOTE**: *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Abraham Shtrai Israel

-vs-

**B.    Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.*  Add a separate sheet, if necessary.

City of Buffalo, et al

1.  Jonathan Hanover
2.  Peter Massicci
3.  Patrick Donovan
Peter J Savage        Emily Sipes Esq
Carrie Ann Phillips   Kevin Schuann

4.  Jeremiah Robles
5.  John Sullivan
6.  Chief Green
Michael J. Keane
Kim Pischer

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
### *All of these sections MUST be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court: 42 U.S.C § 1983 "Diversity of Citizenship" United States v. The Amistad 40 U.S 518 (1841)

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B. Reason for Venue in the Western District: Defendants principal place of business and Plaintiffs residence is in this district

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C. Nature of Suit: Civil rights and peace treaty violations see U.S v. The Amistad 40 U.S 518 (1841) Mayflower Compact 11/11/1620

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION  NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Abraham Shitrai Israel

Present Address: 1440 Jefferson Ave 130
Buffalo, NY 14208

Name of Second Plaintiff:

Present Address:

**DEFENDANT'S INFORMATION  NOTE:** *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Jonathan Hanover, Peter Massicci, Patrick Donovan John Sullivan Jeremiah Cobb

Official Position of Defendant (if relevant): Buffalo Police Officers

Address of Defendant: 65 Niagara Square
Buffalo, NY 14202

Name of Second Defendant: Peter J Savage, Carrie AnnPhillips

Official Position of Defendant (if relevant): Buffalo City Court Judges

Address of Defendant: 65 Niagara Square
Buffalo, NY 14202

Name of Third Defendant: Emily Siper Esq, Kevin Southern, Michael J Keane, Kim Fischer Chief Green

Official Position of Defendant (if relevant): Erie County District Attorneys and Sheriff

Address of Defendant: 92 Franklin St
Buffalo, NY 14202

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.    Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**

Yes ☐    No ☒

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.    Name(s) of the parties to this other lawsuit:

Plaintiff(s):

Defendant(s):_____ *Reserved see attached complaint*

2.  Court (if federal court, name the district; if state court, name the county):_____

_____

3.  Docket or Index Number:_____

4.  Name of Judge to whom case was assigned:_____

5.  The approximate date the action was filed:_____

6.  What was the disposition of the case?

Is it still pending?  Yes ☐  No ☐

If not, give the approximate date it was resolved._____

Disposition (check those statements which apply):

☐ Dismissed (check the statement which indicates why it was dismissed):

☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

☐ By court due to your voluntary withdrawal of claim;

☐ Judgment upon motion or after trial entered for

☐ plaintiff
☐ defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

**A. FIRST CLAIM:** On (*date of the incident*) _*Reserved see attached complaint*_,
defendant (*give the **name and (if relevant) the position held** of **each defendant** involved in this incident*) _____

_____

3

did the following to me (*briefly state what each defendant named above did*): _____

_____

Reserved See attached complaint

_____

_____

_____

_____

The federal basis for this claim is: _____

_____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

_____

_____

_____

**B. SECOND CLAIM:** On (*date of the incident*) _____,

defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) _____

_____

_____

did the following to me (*briefly state what each defendant named above did*): _____

_____

Reserved see attached complaint

_____

_____

_____

The federal basis for this claim is: _____

_____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

_____

_____

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

reserved see attached complaint

Do you want a **jury trial**? Yes [X]  No [ ]

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on ___1/13/2026___

(date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

Abraham Shitcarefreed JR

Abraham Shitcarefree JR

Signature(s) of Plaintiff(s)

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ABRAHAM SHITRAI ISRAEL, ESQ
       Plaintiff,

- vs -

THE CITY OF BUFFALO, et al
             Defendants.

COMPLAINT UNDER THE CIVIL
RIGHTS ACT
42 U.S.C § 1983
Jury Trial Requested

Index#_____

---

### STATEMENT OF JURISDICTION

1.) This is a Civil Action seeking relief and/or damages to defend and protect the rights guaranteed by the Fourteenth Amendment of the Constitution of the United States of America that a member of the City of Buffalo and the Buffalo Police Department acting together in concert under Color of Law with Erie County Officials to intentionally, knowingly, willfully and unlawfully deprive the Plaintiff by reason of negligence of his federally protected 14th Amendment Constitutional Right to right to fair trade, uniform commercial code right of A4V chattel papers, and by denying him his maritime and admiralty jurisdictional right to the Treatises of Guadalupe Hidalgo (1848), Fort Jackson (1814) and diversity of citizenship (see United States v. The Amistad, 40 U.S 518 (1841) in an ongoing conspiracy to deprive him the right to United States Citizenship, access to the courts, freedom of association, substantive due process, and procedural due process of law when Defendants violated Plaintiff's right to privacy by entering his home without a warrant and seized his identification without due process of law and used it for municipal monetary gain without just compensation and charged the Plaintiff with felony assault then sexually exploited him for 57 days being in the custody of the Defendants in violation of his international rights, religious standards, right to privacy, and over his objections and thereafter re-arraigned him in violation of Double Jeopardy standards on a joinable offense that was dismissed upon Grand Jury presentation coupled with a breach of a statutory duty owed to the Plaintiff pursuant to New York State CPL § 200.20 "joinder of offenses" all actions culminating under the Color of New York State law in violation of [ 42 U.S.C. § 1983 ]. The Court has jurisdiction over the action pursuant to [ 28 U.S.C. § 1331, 1343(3) ] All rights reserved

## PARTIES TO ACTION

2.) The Plaintiff in this proceeding is **ABRAHAM SHITRAI ISRAEL, ESQ** and at all relevant times to this action before and after being in the custody of the Defendants was residing at 483 E Utica Street Rear, Buffalo, New York 14208.

3.) The Defendant in this proceeding is *JONATHAN HANOVER*, an Buffalo Police Department municipal officer working individually and in that official capacity and at all relevant times to this action was employed at 65 Niagara Square, Buffalo, New York 14202

4.) The Defendant in this proceeding is *PETER MASSICCI*, an Buffalo Police Department municipal officer working individually and in that official capacity and at all relevant times to this action was employed at 65 Niagara Square, Buffalo, New York 14202

5.) The Defendant in this proceeding is *PATRICK DONOVAN*, an Buffalo Police Department municipal officer working individually and in that official capacity and at all relevant times to this action was employed at 65 Niagara Square, Buffalo, New York 14202

6.) The Defendant in this proceeding is *JEREMIAH ROBLES*, an Buffalo Police Department municipal officer working individually and in that official capacity and at all relevant times to this action was employed at 65 Niagara Square, Buffalo, New York 14202

7.) The Defendant in this proceeding is *JOHN SULLIVAN*, an Buffalo Police Department municipal officer working individually and in that official capacity and at all relevant times to this action was employed at 65 Niagara Square, Buffalo, New York 14202

8.) The Defendant in this proceeding is *GREEN*, an Erie County Sheriff's Department municipal officer working individually and in that official capacity and at all relevant times to this action was employed at 92 Franklin St. Buffalo, New York 14202

9.) The Defendant in this proceeding is *PETER J. SAVAGE*, an Buffalo City Court municipal officer working individually and in that official capacity and at all relevant times to this action was employed at 65 Niagara Square, Buffalo, New York 14202

10.) The Defendant in this proceeding is *CARRIE ANN PHILLIPS*, an Buffalo City Court municipal officer working individually and in that official capacity and at all relevant times to this action was employed at 65 Niagara Square, Buffalo, New York 14202

11.) The Defendant in this proceeding is *EMILY SIPES, ESQ*, an Erie County municipal officer working individually and in that official capacity and at all relevant times to this action was employed at 92 Franklin St, Buffalo, New York 14202

12.) The Defendant in this proceeding is **KEVIN SOUTHERN**, an Erie County municipal officer working individually and in that official capacity and at all relevant times to this action was employed at 92 Franklin St, Buffalo, New York 14202

13.) The Defendant in this proceeding is **MICHAEL J. KEANE**, an Erie County municipal officer working individually and in that official capacity and at all relevant times to this action was employed at 92 Franklin St, Buffalo, New York 14202

14.) The Defendant in this proceeding is: **KIM FISCHER**, an Erie County municipal officer working individually and in that official capacity and at all relevant times to this action was employed at 92 Franklin St, Buffalo, New York 14202

## Summary of Plaintiff's Complaint Leading to Causes of Action

15.) On August 13th, 2025, Plaintiff was illegally arrested in the privacy off his home during the time of prayer off of hearsay allegations when Defendants entered his home by force off of baseless allegations of harassment and without his consent and seized his identification (see U.S.C Amend IV, XIV "papers, houses, and effects against unreasonable searches and seizures") for municipal use without just compensation in violation of the U.S.C Amend XIV, the Ten Commandment "thou shalt not covet thy neighbors property and thou shalt not steal, (see Exodus 20:17,15, KJV) " and used hearsay accusations against the Plaintiff as their justification to arrest him and charged him with felony assault on a police officer who imprisoned him for 57 days and sexually exploited the Plaintiff against his religious standards and over his objections without remedy while in custody of the Erie County Sheriff awaiting Grand Jury Indictment that culminated into a dismissal and have subjected the Plaintiff to emotional distress, recurring homosexual dreams and nightmares of sexual assaults, extreme depression, insomnia, pain and suffering, false imprisonment, defamation of character, physical bodily injury and have completely and catergorically barred the Plaintiff access to the court, the right to a fair trial, Plaintiff;s Double Jeopardy claim of a joinder of offenses (see New York State CPL § 200.20 "joinder of offenses) after Defendants' rearrested and charged the Plaintiff with Harassment 2nd on or about October 28th, 2025 a criminal charge that was presented to the Erie County Grand Jury with the Felony Assault that was dismissed on or about October 28th, 2025 and the Defendants have failed to submit a motion response pursuant to NYS Motion Practice to Plaintiff's Motion to Dismiss by reason of "joinder of offenses" on or about November 10th, 2025 and January 12, 2026 for various relief including " Diversity of Citizenship, et al; All rights reserved

3

16.) **FIRST CAUSE OF ACTION RESERVED**
SEE EXHIBIT AA/ SWORN AFFIDAVIT
14TH AMENDMENT SEARCH AND
SEIZURE VIOLATION DEFENDANTS:
HANOVER, MASSICCI, DONOVAN,
ROBLES, SULLIVAN;

17.) **SECOND CAUSE OF ACTION RESERVED**
SEE EXHIBIT AB/SWORN AFFIDAVIT
14TH AMENDMENT DUE PROCESS OF
LAW VIOLATION DEFENDANTS SAVAGE,
PHILLIPS;

18.) **THIRD CAUSE OF ACTION RESERVED**
SEE EXHIBIT AC/SWORN AFFIDAVIT 14TH
AMENDMENT PROSECUTORIAL MISCONDUCT
& DUE PROCESS OF LAW VIOLATION/DOUBLE
JEOPARDY DEFENDANTS PHILLIPS, SOUTHERN,
SIPES, FISCHER, KEANE;

19.) **FOURTH CAUSE OF ACTION RESERVED**
SEE EXHIBIT AD/SWORN AFFIDAVIT 14TH AMENDMENT UNLAWFUL IMPRISONMENT,
SEXUAL MISCONDUCT, FREEDOM OF RELIGION VIOLATION DEFENDANT GREEN;

**RELIEF REQUESTED**

20.) The Plaintiff seeks monetary damages against all of the Defendants working individually and in their official capacity in the amount of EIGHT HUNDRED EIGHTY EIGHT THOUSAND DOLLARS (each) for a dereliction of duty, contributory negligence, for conspiring against the Plaintiff acting under Color of NYS Law to deprive him of his Fourteenth Amendment Constitutional Right, (see USC Art 3, sec 2, XIV) and privileges granted under treatises of Guadalupe Hidalgo (1848), Fort Jackson (1814) and diversity of citizenship (see United States v. The Amistad, 40 U.S. 518 (1841), and further seeks punitive and retributive damages in the amount of EIGHT-HUNDRED-EIGHTY EIGHT DOLLARS (each) for negligence of duty in inflicting misdeed and misfortune on the Plaintiff as a result of that behavior of not being properly trained all rights reserved

**ALL RIGHTS RESERVED UCC 1-207/308**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ABRAHAM SHITRAI ISRAEL, ESQ

Plaintiff,

- vs -

THE CITY OF BUFFALO, et al

Defendants

SWORN AFFIDAVIT IN SUPPORT
OF COMPLAINT UNDER THE
CIVIL RIGHTS ACT 42 U.S.C. 1983
JURY TRIAL REQUESTED

Index#_____

---

Assalamu Alaikum in the name of Allah subhanahu wa ta ala, the Most Gracious, the Most Merciful and all praises be unto Jehovah Jireh the Most High God of Israel Al-ala Jah RA Salah YahuahYahusha;

I, **ABRAHAM SHITRAI ISRAEL**, under the penalty of perjury being duly affirmed deposes and says: That on 8/13/2025 during the time of Adhan Shulamite prayer I was in my house preparing for prayer unto the Creator Father Yahuah the Most High God of Israel in the name of his son Yahusha when Defendants Hanover, Massicci, Donovan, Robles, and Sullivan approached my open front door and began to question me unlawfully and without process. The Defendants began to question and accuse me of being involved in the crime of harassment allegations in the front of my open door. One of the five Buffalo Police officers began to encroach the threshold of my open front door. I began to immediately protest his unlawful entry requesting a search warrant and due process before he entered. The Defendant refused to honor my right to privacy and refused to leave my home. I began to assert my exemption from questioning without due process of law, my sovereign citizenship and reserved the right before the Defendants that this is a matter of Diversity of Citizenship and that I did not consent to the jurisdiction of the City of Buffalo municipal jurisdiction. The Defendants entered my home off of BASELESS ACCUSATIONS of an outsider that I had spit in her face and entered my home and assaulted me and charged me with assaulting the Defendants. Defendants violated my 14th Amendment Constitutional Right to Freedom of Religion when they interrupted me as I prepared for Shulamite Prayer and injured me by making my nose bleed and giving me severe and permanent back injuries. Shortly thereafter I was admitted to the custody of Defendant Green who was negligent in managing his subordinates by not properly training them and allowed them to sexually molest me by groping me through physical body searches and pat downs over my objection due to my religious standards written in the Old Testament. Defendant Green denied relief from these sexual assaults while in his custody. Defendant Green subjected me to emotional distress, pain and suffering, continual unlawful imprisonment, freedom of religion violations, and continued psychiatric care and outpatient treatment for my past trauma of homosexaul activity. On 8/19/2025 Defendant Savage deprived me of Due Process of Law

when he held me for 57 days in jail pending Grand Jury Indictment and refused to acknowledge my diversity of citizen claim and reserved right to the maritime and admiralty jurisdiction of the local district court pursuant to USC Art 3, sec 2, XIV and refused review and acknowledge of the unlawful entry into my home by Defendants Hanover, Massicci, Donovan, Robles, and Sullivan and forcibly exercised his unlawful corporate jurisdiction upon me in violation of my consent. On or about August 19th, 2025 Defendant Sipes at the felony hearing committed perjury and prosecutorial misconduct by depriving me of Due Process of Law on the record when she stated on the hearing transcript that Defendants: Hanover, Massicci, Donovan, Robles, and Sullivan unlawful entry was not " relevant for the purposes of this proceeding. " Defendant Southern committed prosecutorial misconduct and negligence when he deprived me of due process of law and charged me with Harassment twice in violation of my 14th Amendment Constitutional Right and in violation Double Jeopardy standards of Harassment charges previously adjudicated as joinable offense ( see NYS CPL 200.20) by the Erie County Grand Jury of an alleged complaint that was dismissed when the felony assault was returned by the Erie County Grand Jury as no true bill. Defendant Phillips committed contributory negligence and deprived me of Due Process of Law when she arraigned me on or about 10/28/2025 on a new docket number of a previously adjudicated joinable offense and denied me relief and a jury trial on the motion response date of January 12th, 2026. Defendant Fischer deprived me of due process of law and committed contributory negligence when she failed to serve me a motion response and in her motion response that I received in open court she made many rebuttals to my claims but she did not respond to my argument that the current prosecution was, is, and ever shall be barred by Double Jeopardy standards. Defendant Phillips by reason of contributory negligence allowed Defendants Southern, Sipes, Fischer, and Keane deprive me of a motion response to my submitted motion to dismiss the court by reason of "joinder of offenses." Defendant Keane committed fraud, contributory negligence on behalf of the court and prosecutorial conduct when he deprived me of due process of law by not properly managing his subordinates and training them. THEREFORE, as an physically injured and aggrieved party in the name of the Messenger of Al-ala Christ Jesus who has been sexually exploited by City of Buffalo municipal officers coupled with Erie County Officials who unlawfully imprisoned me for 57 days in jail without due process of law who entered my home without a warrant overriding my consent and DIVERSITY OF CITIZENSHIP CLAIM having used my personal information and NYS Driver's License to process me in City of Buffalo and State of New York system of records having violated the Ten Commandments of God "thou shalt not steal, thou shalt not covet thy neighbors' property" without giving me just compensation then recharging me on a dismissed joinable offense on or about 10/28/2025 - WHEREFORE PLAINTIFF DEMANDS A JURY TRIAL

Affirmed to me this day 13 of January____, 2026 under the penalty of perjury

Abraham Shitrai Israel, Esq
1440 Jefferson Ave PMB 130
Buffalo, NY 14208
akrabbim1115@gmail.com
(716) 391-2412

Notary Public State of New York

SHANTELLE ELLERBEE
COMMISSIONER OF DEEDS
In and for the City of Buffalo
State of New York
My Commission Expires 12/31/26

b

JS 44 (Rev. 03/24)       **CIVIL COVER SHEET**       **26 CV 72**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| **I. (a) PLAINTIFFS** *Abraham Shitrai Israel* | **DEFENDANTS** *City of Buffalo, et al.* |
|---|---|
| **(b)** County of Residence of First Listed Plaintiff *Erie* <br> *(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant *Erie* <br> *(IN U.S. PLAINTIFF CASES ONLY)* <br> NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF <br> THE TRACT OF LAND INVOLVED. |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* <br> *unrepresented / Reserved* | Attorneys *(If Known)* <br> *Reserved* |

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question *(U.S. Government Not a Party)*

☐ 2 U.S. Government Defendant

☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
☒ 440 Other Civil Rights
☒ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 448 Education

PERSONAL INJURY
☐ 365 Personal Injury - Product Liability
☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**
Habeas Corpus:
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty
Other:
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Management Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 835 Patent - Abbreviated New Drug Application
☐ 840 Trademark
☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 375 False Claims Act
☐ 376 Qui Tam (31 USC 3729(a))
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit (15 USC 1681 or 1692)
☐ 485 Telephone Consumer Protection Act
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/ Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information Act
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

### V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
*42 USC 1983.*

Brief description of cause:
*United States v. The Amistad 40 US 518 (1841)*

### VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ *$888,000,000*

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE *Israel v. City of Syracuse, et al* DOCKET NUMBER *5:21-cv-915*

DATE *1/13/25*     SIGNATURE OF ATTORNEY OF RECORD *Abraham Shitrai Israel, AR Israel*

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE